FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 22 2005
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL D. DICKENS                          PLAINTIFF

v.             NO. 4:04CV00064 JLH/JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (docket entry #18). Plaintiff seeks an EAJA award for 14.7 hours of work done by his attorney at the district court level at an hourly rate of $125.00, for a fee award of $1,837.50.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (docket entries #16, #17), is a prevailing party entitled to EAJA fees. Shalala v. Schaefer, 509 U.S. 292, 302 (1993). The Commissioner does not contest Plaintiff's entitlement to an award of attorney's fees under the EAJA, nor does she object to the amount requested (docket entry #20).

Plaintiff's attorney should be awarded the statutory hourly rate of $125.00, as requested. See 28 U.S.C. § 2412(d)(2)(A). Furthermore, the Court finds that the number of hours requested is reasonable and that Plaintiff's attorney should be allowed the total number requested (14.7), for an award of $1,837.50.

Accordingly, it is hereby RECOMMENDED

(1) That Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #18) should be granted;

(2) That Plaintiff's attorney should be awarded an attorney's fee in the amount of $1,837.50 pursuant to the EAJA; and

(3) That the Commissioner should be directed to certify and pay to Todd Gray Cockrill, attorney for Plaintiff, the amount awarded pursuant to the EAJA.

DATED this 22nd day of June, 2005.

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
UNITED STATES POST OFFICE & COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE 302
LITTLE ROCK, ARKANSAS 72201-3325

**JERRY W. CAVANEAU**
UNITED STATES MAGISTRATE JUDGE

(501) 604-5200
FAX (501) 604-5207

June 22, 2005

Mr. Todd Gray Cockrill
Attorney at Law
P.O. Box 34117
Little Rock, AR 72203-4117

Ms. Stacey Elise McCord
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203-1229

Re: Dickens v. Commissioner, SSA
    Case No. 4:04CV00064

Dear Counsel:

Enclosed for each of you is a copy of my findings and recommendations with respect to the petition for attorney's fees in the captioned case, a copy of which has been submitted to United States District Judge J. Leon Holmes.

The parties may file specific written objections to the findings and recommendation and must provide the factual or legal basis for each objection. An original and two copies of the objections must be filed with the Clerk of Court no later than eleven days from the date of this letter, and a copy must be served on the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact. The district judge, even in the absence of objections, may reject the findings and recommendation in whole or in part.

Very truly yours,

Jerry Cavaneau

Enclosure
cc: Honorable J. Leon Holmes, United States District Judge
    File