IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL D. DICKENS                                                                PLAINTIFF

v.                              NO. 4:04CV00064 JLH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (docket entry #18) is granted. The Commissioner is directed to certify and pay to Todd Gray Cockrill, attorney for Plaintiff, the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 8th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE