IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL D. DICKENS                                                                                    PLAINTIFF

v.                                          NO. 4:04cv00064 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                          DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b) (doc. 25) is hereby granted and Plaintiff's attorney is found entitled to an attorney's fee in the amount of $9,731.00 pursuant to § 406(b).

The Commissioner is ordered to pay to Todd G. Cockrill, attorney for Plaintiff, the amount due under § 406(b), in addition to any fees found to be due for representation at the administrative level, or pay the attorney twenty-five percent of Plaintiff's past-due benefits, whichever sum is less. Plaintiff's attorney is directed to remit to Plaintiff the earlier EAJA award of attorney's fees in the amount of $1,837.50.

IT IS SO ORDERED this 17th day of October, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE